**United States District Court for the** Eastern
**District of** Kentucky

Roslyn Currier

_____

_____

**Plaintiff,**

vs.                                                                    **CASE NO.** 6:12-cv-00223

First Resolution Investment Corp.

_____

_____

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that _____Roslyn Currier_____, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from _____
(the final judgment) (from an

Order Dismissing with Prejudice   entered in this action on the   3rd   day of
order (describing it))

_____July_____, 2013 .

(s) /s/ James McKenzie

Address: James R. McKenzie Attorney PLC

10600 Timberwood Circle, Suite 1

Louisville, KY 40223

Attorney for Roslyn Currier

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
1/99