**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
Southern Division
**CIVIL ACTION NO. 6-12-CV-223-DLB**

| | |
|---|---|
| ROSLYN CURRIER ) | |
| ) | **NOTICE OF** |
| Plaintiff, ) | **SETTLEMENT** |
| ) | |
| v. ) | |
| ) | |
| FIRST RESOLUTION INVESTMENT CORP ) | |
| ) | |
| Defendant. ) | |

Please take notice that the parties have reached a settlement in this matter. When the settlement is final, the parties shall file an Agreed Order of Dismissal, which shall finally conclude the claims and the defenses that are in issue herein with prejudice.

Respectfully submitted,

MAPOTHER & MAPOTHER, P.S.C.

/s/ John R. Tarter
John R. Tarter
815 W. Market Street, Suite 500
Louisville, Kentucky 40202
(502) 271-4251 Telephone
(502) 587-5454 Facsimile
jtarter@mapother-atty.com
Counsel for the Defendant,
First Resolution Investment Corp.

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing has been served, by electronic transmission of same through the Court's CM/ECF system, to James McKenzie, James R. McKenzie, James R. McKenzie, PLC, 115 Sherrin Avenue, Suite 4, Louisville, Kentucky, 40207 and James H. Lawson, LAWSON at LAW, PLLC, 4055 Shelbyville Road, Suite B, Louisville Kentucky, 40207, counsel for the plaintiff, Roslyn Currier, on this the __22nd_____th day of September, 2014.

                                                    /s/ John R. Tarter
                                                    John R. Tarter